## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**HILDA L. SOLIS,**
Secretary of Labor,
United States Department of Labor,

**Plaintiff,**

**v.**

**AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES,**

**Defendant.**

Civil Action No.  08-1394 (JDB)

## ORDER

Upon consideration of [21] defendant's motion to dismiss or, in the alternative, for summary judgment, [22] plaintiff's motion for summary judgment, the parties' memoranda, the applicable law, the entire record, and for the reasons explained in the Memorandum Opinion issued on this date, it is hereby

**ORDERED** that plaintiff's motion for summary judgment is **GRANTED** with respect to plaintiff's claim of a violation of Title IV of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. § 481-84); it is further

**ORDERED** that defendant's motion to dismiss or, in the alternative, for summary judgment is **DENIED**; it is further

**ORDERED** that the May 2008 election for the AFGE National Vice President, District 2, is declared void and the Court directs that a new election be held under supervision of the Secretary of Labor; and it is further

**ORDERED** that a status conference to discuss implementation of the relief ordered herein is set for February 24, 2011 at 9:00 a.m.

**SO ORDERED**.

_____
/s/
JOHN D. BATES
United States District Judge

Date: February 09, 2011