UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HILDA L. SOLIS**,<br>  Secretary of Labor,<br>  United States Department of Labor,<br><br>        Plaintiff<br><br>    v.<br><br>**AMERICAN FEDERATION OF<br>GOVERNMENT EMPLOYEES,**<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 08-1394 (JDB)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF FILING CERTIFICATION OF ELECTION**

Consistent with the Court's February 9, 2011 Order and the Parties' Joint Status Report filed April 15, 2011, Plaintiff, Hilda L. Solis, Secretary, United States Department of Labor, respectfully files the attached Certification of Election as relates to the District 2 election for National Vice President at issue in the above-captioned suit.  *See* 29 U.S.C. § 482(c)("If, upon a preponderance of the evidence after a trial upon the merits, the court finds. . .(1) that an election has not been held within the time prescribed by [29 U.S.C. § 481]. . ., or (2) that the violation of [29 U.S.C. § 481]. . . may have affected the outcome of an election, the court shall declare the election, if any, to be void and direct the conduct of a new election under supervision of the Secretary and, so far as lawful and practicable, in conformity with the constitution and bylaws of the labor organization.  The Secretary shall promptly certify to the court the names of the persons elected, and the court shall thereupon enter a decree declaring such persons to be the officers of the labor organization.").

Respectfully submitted,

RONALD C. MACHEN JR.
United States Attorney for the District of Columbia

RUDOLPH CONTRERAS
Chief, Civil Division

By: /s/ Beverly M. Russell
    BEVERLY M. RUSSELL, D.C. Bar #454257
    Assistant United States Attorney
    U.S. Attorney's Office for the District of Columbia,
     Civil Division
    555 4th Street, N.W.
    Washington, D.C.  20530
    (202) 307-0492