UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

================================

HILDA L. SOLIS,
 Secretary of Labor,
 United States Department of Labor,

            Plaintiff,

      v.                                 Civil Action No. 08-1394 (JDB)

AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES,

            Defendant.

================================

## CERTIFICATION OF ELECTION

The election having been conducted in the above matter under the supervision of

the Secretary of Labor, United States Department of Labor, pursuant to a Memorandum

Opinion and an Order dated February 9, 2011, in the United States District Court for the

District of Columbia, in accordance with the provisions of Title IV of the Labor-

Management Reporting and Disclosure Act of 1959 (29 U.S.C. §§ 481-483) and in

conformity with the constitution and bylaws of the defendant labor organization,

insofar as lawful and practicable, and no post-election complaints having been received

concerning the conduct thereof, therefore:

Pursuant to Section 402(c) of the Labor-Management Reporting and Disclosure

Act of 1959 (29 U.S.C. § 482(c)), and the authority delegated to me,

IT IS HEREBY CERTIFIED that the following named candidate has been duly elected to the office designated:

Derrick Thomas     District 2 National Vice President

Signed this _16ᵗʰ_ day of August, 2011.

*Patricia Fox*

Patricia Fox, Chief
Division of Enforcement
Office of Labor-Management Standards
United States Department of Labor