**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **HILDA L. SOLIS,**<br>  Secretary of Labor,<br>  United States Department of Labor,<br><br>           Plaintiff<br><br>      v.<br><br>**AMERICAN FEDERATION OF<br>GOVERNMENT EMPLOYEES,**<br><br>         Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**FILED**

**SEP 1 9 2011**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Civil Action No. 08-1394 (JDB)

## JUDGMENT

It appearing to the Court, that pursuant to the February 9, 2011 Order entered by this Court, the Defendant, American Federation of Government Employees, conducted an election consistent with that Order, and that the Plaintiff has filed a Certification of Election to that effect, certifying the name of the person who was elected in such election, and further certifying that such election was conducted in accordance with the provisions of Title IV of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. 481 et seq.) and in conformity with the constitution and bylaws of the Defendant labor organization, insofar as lawful and practicable; and the Court having considered said Certification and being fully advised, it is hereby

ADJUDGED, ORDERED and DECREED that the person named in the Certification of Election, is the duly elected officer of Defendant, American Federation of Government Employees, and shall serve until the next regularly scheduled election of

the Defendant in accordance with the constitution and bylaws of the Defendant labor organization.

Dated: ___September 16, 2011___          _____
                                          United States District Judge

2